

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00039-CV

**IN THE INTEREST OF E.B**. and A.B., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-01739
Honorable Renée F. McElhaney, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Leticia Berban recover her costs of appeal from appellant Timothy Berban.

SIGNED June 4, 2014.

_____
Rebeca C. Martinez, Justice